Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  19−15921−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia Cecala
    31 Metedeconk Rd.
    Howell, NJ 07731

Social Security No.:
    xxx−xx−8771

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       1/8/20
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney,

COMMISSION OR FEES
fee: $12,310.00

EXPENSES
expenses: $51.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 26, 2019
JAN: kmf

                                                  Jeanne Naughton
                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 19-15921-MBK
Patricia Cecala                                                     Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Nov 26, 2019
                              Form ID: 137              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db             +Patricia Cecala,    31 Metedeconk Rd.,    Howell, NJ 07731-2931
aty            +MCCALLA RAYMER LEIBERT PIERCE LLC,    485F US HIGHWAY 1 S,,    SUITE 300,    ISELIN, NJ 08830-3072
lm             +Specialized Loan Servicing,    8742 Lucent Blvd,,    Suite 300,    Highlands Ranch, CO 80129-2386
acc            +Vito Pascarella,   Vap and Associates Inc,    1075 Easton Ave,    Tower 1 Suite 5,
                 Somerset, NJ 08873-1648
518245956       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518138542      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
518138543      +Experian,   Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
518138547      +SCA Collections, Inc,    P O Box 910,    Edenton, NC 27932-0910
518138548      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518138554      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518224556       Township of Howell Sewer,    POB 580/4567,    Rt. 9 North Second Floor,    Howell, NJ 07731
518138553      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
518278415      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518138537      +Fax: 602-659-2196 Nov 27 2019 00:42:45      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
518138538       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 00:23:40      Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
518138539      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 00:23:40      Comenitybank/New York,
                 Po Box 182789,    Columbus, OH 43218-2789
518138541      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2019 00:30:09      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518138540      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2019 00:29:14      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518138544      +E-mail/Text: bncnotices@becket-lee.com Nov 27 2019 00:23:10      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518138545      +E-mail/Text: bncnotices@becket-lee.com Nov 27 2019 00:23:10      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518267692       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 27 2019 00:29:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518271818       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 00:30:07
                 Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
518271824       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 00:30:05
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518263215       E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 00:23:52
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518138546      +E-mail/Text: bcreech@scacollections.com Nov 27 2019 00:24:24      SCA Collections, Inc,
                 300 E Arlington Blvd Ste 6-A,    Po Box 876,    Greenville, NC 27835-0876
518139455      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:30:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518138549      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:28:56      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518138550      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:30:48      Synchrony Bank/Sams,
                 Po Box 965005,    Orlando, FL 32896-5005
518138551      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:30:48      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518138552      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:29:46      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 19
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, etal dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Patricia   Cecala
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, etal
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```