UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATRICIA CECALA

Case No.:   19-15921

Chapter:    13

Judge:      Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan G. Cohen, Esq._____, the applicant, is allowed a fee of $ _____12,310,00_____ for services rendered and expenses in the amount of $_____51.00_____ for a total of $_____12,361.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____525.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*