**Information to identify the case:**

Debtor 1: Patricia Cecala
First Name  Middle Name  Last Name

Social Security number or ITIN: xxx–xx–8771
EIN: __–_____

Debtor 2 (Spouse, if filing):
First Name  Middle Name  Last Name

Social Security number or ITIN: ____
EIN: __–_____

United States Bankruptcy Court: District of New Jersey

Case number: 19–15921–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia Cecala

10/31/22

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia Cecala  
    Debtor

Case No. 19-15921-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 31, 2022      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Cecala, 31 Metedeconk Rd., Howell, NJ 07731-2931 |
| aty | + | MCCALLA RAYMER LEIBERT PIERCE LLC, 485F US HIGHWAY 1 S,, SUITE 300, ISELIN, NJ 08830-3072 |
| acc | + | Vito Pascarella, Vap and Associates Inc, 1075 Easton Ave, Tower 1 Suite 5, Somerset, NJ 08873-1648 |
| 518138547 | + | SCA Collections, Inc, P O Box 910, Edenton, NC 27932-0910 |
| 518224556 | | Township of Howell Sewer, POB 580/4567, Rt. 9 North Second Floor, Howell, NJ 07731 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 31 2022 20:43:00 | Specialized Loan Servicing, 8742 Lucent Blvd,, Suite 300, Highlands Ranch, CO 80129-2386 |
| 518245956 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:56:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518138537 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 31 2022 20:44:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518138538 | | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518138539 | + | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 518138540 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2022 20:55:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518138541 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2022 20:55:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518138542 | ^ | MEBN | Oct 31 2022 20:39:53 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518138543 | ^ | MEBN | Oct 31 2022 20:40:33 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 518138545 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2022 20:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518138544 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2022 20:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518267692 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 31 2022 20:55:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518271818 | | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518271824 | | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518263215 | | EDI: Q3G.COM | Nov 01 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518138546 | + | Email/Text: info@scacollections.com | Oct 31 2022 20:44:00 | SCA Collections, Inc, 300 E Arlington Blvd Ste 6-A, Po Box 876, Greenville, NC 27835-0876 |
| 518138548 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 31 2022 20:43:00 | Specialized Loan Servicing/SLS, 6200 S Quebec St, Greenwood Village CO 80111-4720 |
| 518138554 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 31 2022 20:43:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518139455 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518138550 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 518138549 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518138551 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518138552 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518138553 | | Email/Text: DASPUBREC@transunion.com | Oct 31 2022 20:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 518278415 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 31 2022 20:43:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519448159 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 31 2022 20:44:00 | U.S. Bank, N.A., successor trustee to LaSalle Ban, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank, N.A., successor trustee to La, Serviced by Select Portfolio Servicing, |
| 519448158 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 31 2022 20:44:00 | U.S. Bank, N.A., successor trustee to LaSalle Ban, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518924466 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3180W | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, etal dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Loss Mitigation Specialized Loan Servicing bk@stewartlegalgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Patricia Cecala imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, etal kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael J. Milstead | on behalf of Creditor U.S. Bank N.A., successor trustee bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7